Opinion approved by the court.

**James Sidney DOTSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27935.**

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

Conway & Navarro, Houston, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, four years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.